1  PLAINTIFF'S FIRM INFORMATION

2
   Attorneys for Plaintiffs,
3
   Stacy K. Hauer
4  Zimmerman Reed, P.L.L.P.
   651 Nicollet Mall, Suite 501
5  Minneapolis, MN 55402
   612-341-0400
6  612-341-0844 fax

7

8

9              UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12
                                              ) Case No. [06-CV-2685]
13 IN RE: BEXTRA AND CELEBREX                 )
   MARKETING SALES PRACTICES AND              ) MDL NO. 1699
14 PRODUCT LIABILITY LITIGATION               ) District Judge: Charles R. Breyer
                                              )
15 _____        )
                                              )
16 Ronald L. Peterson,                        )
                                              ) STIPULATION AND ORDER OF
17                    Plaintiff,              ) DISMISSAL WITH PREJUDICE
                                              )
18          vs.                               )
                                              )
19 Pfizer Inc., et al.                        )
                       Defendants.            )
20                                            )
   _____

21
        Come now the Plaintiff, RONALD L. PETERSON, and Defendants, by and through the
22
   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
23
   stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
24
   fees and costs.
25

26

27

28

                                              -1-

DATED: 11/17, 2009          PLAINTIFF'S LAW FIRM

By: _____
Stacy K. Hauer
Attorneys for Plaintiffs, Ronald L. Peterson

DATED: Dec. 22, 2009        DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010         _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**